```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :      **UNSEALING ORDER**

            -v.-                     :

MARC DEMANE DEBIH,                   :

            Defendant.               :      S3 18 Cr. 184 (VSB)

- - - - - - - - - - - - - - - - - - - - x


It is hereby ordered that the above-captioned matter is unsealed.

*/s/ Vernon Broderick*
_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK