DOCKET No. 18-CR-184 (VSB)       DEFENDANT Marc Demane Debih

AUSA Daniel Tracer and Richard Cooper      DEF.'S COUNSEL Sean Buckley
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST _____   ☐ VOL. SURR.
TIME OF ARREST _____  ☐ ON WRIT
☑ Other: Bond Hearing      TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 10,000,000    PRB  ☐ _____ FRP
☑ SECURED BY $ 1,000,000    CASH/PROPERTY: CASH by February 19, 2020
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☑ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☑ ELECTRONIC MONITORING  ☑ GPS
☑ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: electronic monitoring and approval of Hotel by the Pretrial Services and the USAO.   ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Upon approval of the visa application of Defendant's wife, Zeljka Debih, is ordered to sign the bond when arrives in the U.S. In addition, upon approval of Zeljka Debih's visa application, and the visa application of the defendants children, they shall surrender their passports to Pretrial Services with no new applications. Defendant's Swiss and French passports shall be surrendered to Pretrial Services by the FBI. Defendant shall remain on home incarceration with electronic monitoring by GPS. The defendant is restricted to his residence at all times EXCEPT for religious services; medical treatment; attorney visits; court appearances; court-ordered obligations; 4 hours shopping and related errands per week; meetings with the government; or any other verifiable activity approved in advance by Pretrial Services. (See Attached)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY       ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED      ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED      ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____      ☐ ON DEFENDANT'S CONSENT

DATE: 1/28/2020

UNITED STATES DISTRICT JUDGE

Upon the Defendants release, he is approved to stay in a hotel for one week pending approval of a Manhattan apartment by Pretrial Services, and the U.S. Attorney's Office. Upon approval of the apartment, the defendant can use amenities within the apartment complex. The Defendant shall continue his cooperation with the government and upon his release he shall take the necessary steps to effectuate the transfer of the money ordered for forfeiture.