# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. S3 18 Cr. 184 (DLC) |
| Marc Demane Debih ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marc Demane Debih.

Date: 11/30/2021

/s/ Sean S. Buckley
*Attorney's signature*

Sean S. Buckley (4195491)
*Printed name and bar number*

Kobre & Kim LLP
800 3rd Ave,
New York, NY 10022
*Address*

Sean.Buckley@kobrekim.com
*E-mail address*

(212) 488-1200
*Telephone number*

(212) 488-1220
*FAX number*