# EXHIBIT 1

Marc Demane Debih

Hon. Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Cote:

      As I thought about what to write in this letter, I kept returning to a feeling of anger at myself for the terrible choices I made, which has created pain for the people around me, particularly the family I love. I want to begin by offering my deepest apologies to those hurt by my actions. First of all, I would like to apologize to my wife and my kids to have brought them into such a mess. I will never forgive myself for what they have suffered and the trauma that I brought on them. They had no idea about my stupid and irresponsible conduct, but they are carrying the heaviest consequences from it. I would like to apologize to my mother and my in-laws for the shame I brought into their family. They are people with values and principles, and I hope that one day I will be able to prove that I am one of them and hold values and principles as well, and that they may forgive me. I would also like to apologize as well to my friends that I disappointed very much by making these mistakes, and also to anyone, even that I am not aware of, that has been affected by my behavior. Last but not least I would like to apologize to all relevant authorities and to the Court. There are no words to adequately describe how wrong my actions were. I have no excuse for my conduct and I am taking full responsibility for it, as well as accepting all consequences that are related to it.

      I have given much thought to how I arrived at this place where I am about to be sentenced by a United States judge for crimes that I committed. These reflections begin with my childhood.



Of course, this does not erase my own wrongs, but as I have thought about my mistakes, I am not sure I would find myself here before the Court if not for this history.

1

I also want to explain to Your Honor the impact this case has had on me already. My life stopped the 31st of October 2018. On that day I left a very tough situation for my wife and children. The consequences for me have also been difficult, even though I know I brought them on myself.

After my arrest in Serbia, I was placed in detention in harsh conditions. I was confined 23 hours a day in a cell of 400 square feet with nine other inmates. There was one toilet and one sink for all ten of us, with no hot water. There was a single radiator in the cell for heat that was turned on for eight hours a day. One thing that stands out in my memory is the cigarette smoke. Smoking is allowed in Serbian prisons, but the windows were not able to be opened for security reasons. This meant that the entire area was constantly filled with smoke, which was very irritating to my lungs, because I do not smoke.

We were permitted one, and sometimes two, showers per week lasting about five minutes each. The food was unsanitary and there were cockroaches everywhere, and there was nothing provided to clean the cell. I found it especially hard in the Serbian prison because the other inmates and guards only spoke Serbian, and I only speak French and English. I was also not able to communicate with my wife and family at that time, because letters needed to be monitored by prison staff, who spoke only Serbian. There were no phone calls or emails available to prisoners in this facility, and because I could not write the language they could read, I was not allowed to have letters. It made me very sad to be unable to communicate with my daughter, who was less than one year old when I was arrested.

These conditions were harsh, but the most difficult part of my time in the Serbian prison was the fact that I could not contact my wife. 

After being transferred from Serbia to the USA I was confined in the MCC. The conditions at the MCC were better than in Serbia, but were still harsh at times   The prison was infested with rats, and we had no hot water in the showers for several months. In addition, because of staffing shortages, we were on lockdown for significant periods of time, and for the same reason I was allowed fresh air only 12 times for one hour during the eight months of my time there.   Still, as I said earlier, the MCC was better than Serbia, and I took the opportunity at MCC to complete more than ten educational courses, and I also worked at the library until my upcoming testimony in the Lavidas case meant that I had to be separated from him and was not permitted to work in the library anymore.

After I testified in the trial of Mr. Lavidas in this Court, I was able to leave the MCC because I received bail with home confinement in the winter of 2020. However, because I am not a U.S. resident, this resulted in me spending months in multiple hotels & residences in

Manhattan. My conditions of release allowed me a combined four hours per week outside my hotel room for medical, religious, and shopping time. Not long after I was released in early 2020, COVID changed my conditions again, and for one ten-week period I was confined 24 hours per day in my hotel room due to the lockdown. The coronavirus emergency also resulted in me having to transfer hotels several times with no notice, because of shutdowns or lockdowns in the individual hotels. During this time, I felt better to be able to communicate with my wife and children, but it remained difficult to speak to the children with the six-hour time difference between New York and Serbia.

In September 2020, I was allowed to return to Serbia to be with my family and help provide the support to my wife that I have been wanting to provide all along. When I returned home from New York after 22 months, that was the first time I met my second child, ▮▮▮▮▮ I was also able to reconnect with my daughter ▮▮▮▮▮ Still, I am incredibly grateful to have been able to return to them.

We still experience daily impacts from my mistakes. ▮▮▮▮▮ The fact that this has not yet been able to be done is another source of stress and anxiety.

I am also constantly concerned for the safety of my family because of the cooperation I gave to the authorities. ▮▮▮▮▮ Of course, I would make the choice again to cooperate to help correct my mistakes and reduce the further hardship on my family, but it has been hard on all of us.

I know that my actions brought all of this hardship on my family, and I have nobody but myself to blame for this. I will feel forever lucky to have such a strong partner beside me, providing the support to our children that I was not able to give. If I am allowed to remain with her and my children, I will devote all my energy and strength to supporting them, to try to repair the damage I have caused. I do not ever intend to be involved in any way with the securities industry again. ▮▮▮▮▮

3

██████████ In these ways, I hope that in some small part I can make up for the wrongs I have committed, and show the community, and my children, that I know how to be a good man that they can be proud of.

I want to thank you, Judge Cote, for taking the time to read this. I look forward to December 10th as an important marker on my path to return from my bad choices and the pain I have caused, to be the husband and father that my family deserves.

Most respectfully,

Marc Demane Debih