UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MARC DEMANE DEBIH,

Defendant.

---

[Proposed]
**Consent Order of Restitution**

S3 18 Cr. 184 (DLC)

Upon the application of the United States of America, by its attorney, Damian Williams,
United States Attorney for the Southern District of New York, Richard Cooper and Daniel
Tracer, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's
conviction on Counts One through Thirty-Eight of the above Superseding Indictment; and all
other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Marc Demane Debih ("Demane"), the Defendant, shall pay restitution in the total amount
of  $186,430.99, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to a victim of the
offenses charged in Counts One through Thirty-Eight as well as other related conduct, namely
Ariad Pharmaceuticals, Inc. ("Ariad") and its successor Takeda Pharmaceuticals U.S.A., Inc.
("Takeda").

   A.   **Joint and Several Liability**

Restitution will be joint and several with the following defendant in the following case:
United States v. Telemaque Lavidas, No. S1 19 Cr. 716 (DLC) ("Lavidas").

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other
assets of the Defendant, including whether any of these assets are jointly controlled; projected

2020.01.09

earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

a. On or about September 24, 2020, Lavidas paid $93,215.50 of his previously ordered restitution obligation to Takeda/Ariad.

b. Accordingly, the Defendant shall have 90 days from sentencing to pay the remaining $93,215.50 in restitution to Takeda/Ariad.  Following such payment, this order of restitution shall be deemed satisfied with respect to both Demane and Lavidas.

**3.    Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash.  Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

**4.    Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise

learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5.   **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                    12/10/2021
Richard Cooper / Daniel Tracer                   DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 1027/2329

MARC DEMANE DEBIH

By: _____                    12/10/2021
Sean Buckley, Esq.                               DATE
Kobre & Kim LLP

SO ORDERED:

_____                         12/10/21
HONORABLE DENISE COTE                            DATE
UNITED STATES DISTRICT JUDGE

3