

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

**BY ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *United States v. Marc Demane Debih*,
           18 Cr. 184 (VSB)

Dear Judge Cote:

     The Government respectfully submits the attached consent preliminary order of forfeiture as to specific property. The Government requests that the Court enter the attached order to enable the Government to commence the forfeiture of the specific property set forth therein.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                        by:       /s/
                                       Richard Cooper/Daniel Tracer
                                       Assistant United States Attorneys
                                       (212) 637-1027 / 2329

cc:    Defense counsel (by ECF)