UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :
:
:  DECLARATION IN SUPPORT
-v.- :  OF FINAL ORDER OF
:  FORFEITURE
MARC DEMANE DEBIH, :
:  S3 18 Cr. 184 (DLC)
:
Defendant. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Tara La Morte, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I am now responsible for the above-captioned matter, and as such, I have become familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about September 12, 2022, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 48) with respect to MARC DEMANE DEBIH, (the "Defendant"), which forfeited to the United States all of Defendant's right, title and interest in any and all assets up to and including $49,000,000 in aggregate, from the following accounts:

   a. account 2485810004 and/or related accounts in the name of Marc Demane Debih at Audi Private Bank SAL in Lebanon;

   b. account 2485100017 and/or related accounts in the name of Marc Demane Debih at Audi Private Bank SAL in Lebanon;

      c. account 2485810029 and/or related accounts in the name of Marc Demane Debih at Audi Private Bank SAL in Lebanon; and

      d. account 2485810095 and/or related accounts in the name of Marc Demane Debih at Audi Private Bank SAL in Lebanon,

(a. through d. collectively, the "Specific Property").

3. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 22, 2022 for thirty (30) consecutive days, through December 21, 2022, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court May 8, 2023 (D.E. 49).

4. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

5. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

6. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

[THE REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

7. No previous application for the relief requested herein has been sought.

Dated: New York, New York
      May 8, 2023

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

           By: _____
                              Tara La Morte
                              Assistant United States Attorney
                              One St. Andrew's Plaza
                              New York, New York 10007
                              (212) 637-1041