UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MARC DEMANE DEBIH,

        Defendant.

[PROPOSED]
**ORDER EXONERATING BAIL**

S3 18 Cr. 184 (DLC)

---

    **WHEREAS,** MARC DEMANE DEBIH was extradited to the United States on May 10, 2019, and pleaded guilty to the Indictment pursuant to a cooperation agreement on October 3, 2019.

    **WHEREAS,** January 28, 2020, MARC DEMANE DEBIH was released on a $10,000,000 personal recognizance bond secured by $1,000,000 in cash.

    **WHEREAS,** on December 10, 2021, MARC DEMANE DEBIH was sentenced to time-served, ordered to pay restitution in the amount of $186,430.99, for which he was responsible for paying $93,215.50, and forfeiture in the amount of $49,000,000.

    **WHEREAS,** MARC DEMANE DEBIH has requested, on consent of the Government, that the $1,000,000 posted as security for his bond be returned to his attorneys, Kobre & Kim LLP, to be held in escrow to pay any outstanding restitution plus applicable interest and fees as well as any legal fees.

    **IT IS HEREBY ORDERED** that the bail posted on behalf of the defendant, MARC DEMANE DEBIH, is hereby exonerated.

**IT IS FURTHER ORDERED** that the clerk of Court coordinate with KOBRE & KIM LLP, attorneys for MARC DEMANE DEBIH, to make arrangements for the bail to be transferred into escrow as described above.

Dated: New York, New York
       February 26, 2024

_____
HON. DENISE L. COTE
United States District Judge
Southern District of New York